

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        In re RAMS Aviation Company, Inc. and Jonathan L. Rankin

Appellate case number:      01-13-00885-CV

Trial court case number:    2010-23205

Trial court:                334th District Court of Harris County, Texas

On October 16, 2013, relator RAMS Aviation Company, Inc. and Jonathan L. Rankin filed a petition for writ of mandamus in this Court and an emergency motion to stay. Relators' petition seeks relief from the trial court's September 6, 2013 order denying relators' traditional motion for summary judgment. Relators' petition names the Honorable Ken Wise as the respondent in this original proceeding. The Honorable Ken Wise is no longer the presiding judge of the 334th District Court; the Honorable Grant Dorfman is now the presiding judge of that court.

Pursuant to Texas Rule of Appellate Procedure 7.2, Judge Dorfman is substituted for the Judge Wise as the respondent. *See* TEX. R. APP. P. 7.2(a). Further, this original proceeding is abated and remanded to the trial court to allow Judge Dorfman to reconsider the ruling made the basis of relator's petition. *See* TEX. R. APP. P. 7.2(b).

Within 30 days of this order, a copy of Judge Dorfman's order on reconsideration should be filed with the Clerk of this Court. When a copy of the order on reconsideration is filed, the Clerk shall reinstate the case without further order of the Court.

The Court further orders all proceedings in the above-referenced underlying case stayed, with the exception that Judge Dorfman is permitted to reconsider the ruling made the basis of relator's petition. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the case in this Court is finally decided or the Court otherwise orders the stay lifted.

Finally, relators are advised that their petition fails to include a certification as required by Texas Rule of Appellate Procedure 52.3(j). Accordingly, upon reinstatement, if relators desire to proceed with their original proceeding, relators must file a proper certification within 10 days of reinstatement. If a proper certification is not filed, relators' petition for writ of mandamus will be denied.

It is so ORDERED.


Judge's signature: /s/ Laura C. Higley
         ☑ Acting individually    ☐ Acting for the Court


Date:  October 21, 2013